[No. 21611-6-II.   Division Two.   May 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03987-1, Frederick B. Hayes, J., entered January 7, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

[No. 21728-7-II.   Division Two.   May 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ANDREW LINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-8-01455-4, James Eldo Rulli, J., entered June 3, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 21834-8-II.   Division Two.   May 29, 1998.]

WATERSHED DEFENSE FUND, ET AL., *Appellants*, v. MARY RIVELAND, *as Director,* ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-2-03226-1, Gary Tabor, J., entered March 5, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ. Now published at 91 Wn. App. 454.

[No. 36324-7-I.   Division One.   June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ANN LONDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05915-3, George A. Finkle, J., entered April 19, 1995. *Affirmed* by unpublished per curiam opinion.